UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TARELL STEVENSON                                CIVIL ACTION

VERSUS                                          NUMBER: 07-9243

MARLIN GUSMAN, ET AL.                           SECTION: "F"(5)

### REPORT AND RECOMMENDATION

This 42 U.S.C. §1983 proceeding was filed in forma pauperis by pro se plaintiff, Tarell Stevenson, against defendants, Marlin Gusman, Criminal Sheriff for the Parish of Orleans, and three deputies in the Sheriff's employ. (Rec. docs. 4, 5). Issue was joined on March 4, 2008. (Rec. doc. 11).

On March 21, 2008, plaintiff filed a motion to voluntarily dismiss the above-captioned matter. (Rec. doc. 12). Counsel for defendants has advised the Court that he has no opposition to plaintiff's motion. Accordingly, it will be recommended that plaintiff's motion be granted and that his lawsuit be dismissed pursuant to Rule 41(a)(2), Fed.R.Civ.P.

**RECOMMENDATION**

For the foregoing reasons, it is recommended that plaintiff's motion to voluntarily dismiss the above-captioned matter be granted and that his lawsuit be dismissed pursuant to Rule 41(a)(2), Fed.R.Civ.P.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this 27th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

2