FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 23  PM 1: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TARELL STEVENSON                          CIVIL ACTION

VERSUS                                    NUMBER: 07-9243

MARLIN GUSMAN, ET AL.                     SECTION: "F"(5)

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion to voluntarily dismiss the above-captioned matter is granted and that his lawsuit is dismissed pursuant to Rule 41(a)(2), Fed.R.Civ.P.

___ Fee_____
___ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____

New Orleans, Louisiana, this 22nd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE