UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TARELL STEVENSON            CIVIL ACTION

VERSUS            NUMBER: 07-9243

MARLIN GUSMAN, ET AL.            SECTION: "F"(5)

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion to reopen is **DENIED**.

New Orleans, Louisiana, this 10th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE