UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TARELL STEVENSON                               CIVIL ACTION

VERSUS                                         NUMBER: 07-9243

MARLIN GUSMAN, ET AL.                          SECTION: "F"(5)

**REPORT AND RECOMMENDATION**

Pursuant to an order of reference from the District Judge (rec. doc. 26), presently before the Court is plaintiff's motion for appointed counsel. (Rec. doc. 24). For the reasons that follow, it is recommended that plaintiff's motion be denied.

The above-captioned matter is a prisoner suit brought pursuant to 42 U.S.C. §1983 that was dismissed on plaintiff's motion on April 23, 2008. (Rec. docs. 5, 16). No appeal of that dismissal was taken by plaintiff. Instead, plaintiff more recently moved to reopen the case, which motion was denied on March 10, 2009. (Rec. docs. 17, 18, 19, 21, 22). Contemporaneous with the filing of his motion for appoitnment of counsel, plaintiff also filed a notice of

appeal with respect to the order denying his motion to reopen. (Rec. doc. 23).

As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal. <u>In re: Transtexas Gas Corporation</u>, 303 F.3d 571, 578-79 (5th Cir. 2002)(citing <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58, 103 S.Ct. 400, 402 (1982)). In the present case, the filing of plaintiff's notice of appeal with respect to the order denying his motion to reopen divests this Court of jurisdiction over that limited issue which will be the subject matter of his upcoming appeal. Even if that were not the case, the Court would recommend that plaintiff's motion for appointment of counsel be denied in light of the factors set forth in <u>Ulmer v. Chancellor</u>, 691 F.2d 209 (5th Cir. 1982).

## **RECOMMENDATION**

For the foregoing reasons, it is recommended that plaintiff's motion for appointed counsel be denied.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court,

provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(<u>en</u> <u>banc</u>).

New Orleans, Louisiana, this  21st  day of    April   , 2009.

*[signature: Alma L. Chasez]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE