UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TARELL STEVENSON                          CIVIL ACTION

VERSUS                                    NUMBER: 07-9243

MARLIN GUSMAN, ET AL.                     SECTION: "F"(5)


O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for appointed counsel is **DENIED**.

New Orleans, Louisiana, this 18th day of MAY, 200_.

_____
UNITED STATES DISTRICT JUDGE